UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NELLY LUQUE,

    Plaintiff,

v.                                      Case No. 8:10-cv-1100-T-30MAP

COOPERATIVA DE SEGUROS
MULTIPLES DE PUERTO RICO, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    The Court has been advised via a Notice of Settlement (Dkt. #17) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on May 6, 2011.

                                                        JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2010\10-cv-1100.dismiss 17.wpd